# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS G. LANDMESSER, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 3:12-0759 |
| v. | : | |
| | : | (JUDGE MANNION) |
| HAZLETON AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant | : | |
| | : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's motion for summary judgment, **(Doc. No. 20)**, is **DISMISSED**;

**(2)** the defendant's motion for summary judgment, **(Doc. No. 26)**, is **GRANTED**;

**(3)** the Clerk of Court is directed to enter judgment in favor of the defendant and against the plaintiff; and

**(4)** the Clerk of Court is directed to close the instant action.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 12, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-0759-01-ORDER.wpd